# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| vs. ) | No. 04-0303-01-CR-W-FJG |
| Jesse D. Counce, ) | |
| Defendant. ) | |

## ORDER

For cause shown, the Government's motion in limine (Doc. #31), filed April 28, 2005, is sustained. Defendant is prohibited from eliciting testimony or mentioning in voir dire or opening and closing statements, evidence that the firearm is not operable.

/s/Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
United States District Judge

Dated: May 3, 2005
Kansas City, Missouri